United States District Court
Southern District of Texas
**ENTERED**
July 08, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Bryan A. Vadney, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. H-19-1818 |
| | § | |
| Andrew Saul, | § | |
| Commissioner of the Social | § | |
| Security Administration | § | |
| *Defendant.* | § | |

## <u>ORDER OF ADOPTION</u>

On June 19, 2020, Magistrate Judge Peter Bray issued a memorandum and recommendation (D.E. 12), recommending that Defendant's cross-motion for summary judgment (D.E. 10) be granted and Plaintiff's motion for summary judgment (D.E. 8) be denied. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the memorandum and recommendation as this court's opinion. The Commissioner's final decision is affirmed.

Signed at Houston, Texas this  8  day of July, 2020.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE